UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DWAIN WILLIAMS (#334082)**

**VERSUS**

**DARREL VANNOY, ET AL.**

CIVIL ACTION

NO. 18-499-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 18, 2020, to which an objection (Doc. 10) was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 24, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**